[No. 10534.  *En Banc.*  November 10, 1913.]

THE STATE OF WASHINGTON, *Respondent*, v. PACIFIC AMERICAN
FISHERIES, *Appellant*.[1]

Appeal from a judgment of the superior court for Whatcom coun-
ty, Hardin, J., entered February 3, 1912, upon a trial and convic-
tion of a violation of the eight-hour day law.  Affirmed.

*Kerr & McCord*, for appellant.

*Frank W. Bixby* and *Howard C. Thompson*, for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *en banc*, a majority of the court
adhere to the department opinion as reported in 73 Wash. 37, 131
Pac. 452.

The judgment will therefore be affirmed.

---

[No. 11314.  Department Two.  November 15, 1913.]

NEW ENGLAND NATIONAL BANK, *Appellant*, v. H. O. DREWERY *et al.*,
*Respondents*.[2]

Appeal from a judgment of the superior court for Thurston coun-
ty, Mitchell, J., entered November 8, 1911, upon the verdict of a
jury rendered in favor of the defendants, in an action on contract.
Affirmed.

*George H. Funk*, for appellant.

*Thos. M. Vance* and *H. L. Parr*, for respondents.

PER CURIAM.—An examination of the record in this case discloses
that it is identical with *National Bank of Commerce v. Drewery*, 70
Wash. 577, 127 Pac. 102, the note here sued upon being a second note
given in the same transaction there referred to.  Both cases raise
the same issues upon like law and facts, resulting in like judgments.
The only difference between the cases is in the party plaintiff and
in the witnesses relied upon by plaintiff to sustain its cause of ac-
tion.  The witnesses are different, but the essential facts are the
same.  For this reason we do not deem it necessary or helpful to
discuss the appeal farther, as all the points now suggested were
urged and disposed of in the action upon the first note.

The judgment is affirmed.

[1]Reported in 136 Pac. 363.

[2]Reported in 136 Pac. 1199.